UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA                    DEFAULT JUDGMENT
                                     :
          -v.-                              12 Civ. 836 (LTS)
                                     :
ALL FUNDS ON DEPOSIT AT UBS AG,
ACCOUNT NO. 101-WA-358967-000,       :
HELD IN THE NAME OF WEGELIN & CO.,
                                     :
          Defendant *in rem.*
                                     :
- - - - - - - - - - - - - - - - - - x



          WHEREAS, on February 2, 2012, plaintiff United States
of America commenced a civil action for the forfeiture of the
above-captioned Defendant *in rem* by the filing of a Verified
Complaint;

          WHEREAS, notice of the Verified Complaint was sent by
Federal Express and Federal Express International, to Wegelin &
Co., at the addresses below, notifying it that it may have an
interest in this action and of its right to file a claim and
answer and to contest the forfeiture:

          a.   Wegelin & Co.
               c/o CSC
               2711 Centerville Road, Suite 400
               Wilmington, DC 19808;

          b.   Wegelin & Co.
               c/o Richard M. Strassberg, Esq.
               Goodwin Procter
               The New York Times Building
               620 Eighth Avenue
               New York, New York 10018;

          c.   Wegelin & Co.
               Fraumunsterstrasse 27/29
               Zurich, Switzerland 8022; and

d.   Wegelin & Co.
     Bohl 17
     St. Gallen, Switzerland 9004;

WHEREAS, Wegelin & Co. is the only party known
by plaintiff United States of America to have a potential
interest in the Defendant *in rem*;

WHEREAS, beginning on February 7, 2012, and for thirty
consecutive days thereafter, pursuant to Rule G (4)(a) of the
Supplemental Rules for Admiralty and Maritime Claims and Asset
Forfeiture Actions, plaintiff United States of America posted
notice of the Verified Complaint against the Defendant *in rem*, on
www.forfeiture.gov, the government internet site, and proof of
publication was filed with the Clerk of the Court on March 29,
2012;

WHEREAS, as set forth in Rule G (4)(a)(ii) and Rule G
(5)(a)(ii), the notice of forfeiture specified the Defendant *in
rem* and the intent of the United States to forfeit and dispose of
the Defendant *in rem*, thereby notifying all third parties of
their right to file a claim to adjudicate the validity of their
alleged legal interest in the Defendant *in rem*, within sixty days
from the first day of publication of the Notice on the official
government internet site; and

WHEREAS, no claims or answers have been filed or made
in this action, and no other parties have appeared to contest the
action to date, and the statutory time periods, as set forth in
Rule G (5)(a)(ii), have expired for doing so;

NOW THEREFORE, on the motion of Preet Bharara, United States Attorney for the Southern District of New York, attorney for plaintiff United States of America, Jason H. Cowley, Assistant United States Attorney, of counsel;

IT IS HEREBY ORDERED that:

1.    Plaintiff United States of America shall have judgment by default against the Defendant *in rem*.

2.    The Defendant *in rem* be, and the same hereby is, forfeited to plaintiff United States of America.

3.    The Department of Treasury (or its designee) shall dispose of the Defendant *in rem*, according to law.

Dated:    New York, New York
          April 23, 2012

The Clerk of Court is requested to close this case.

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

3